01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08   UNITED STATES OF AMERICA,              )
                                            )   CASE NO. MJ18-306
09          Plaintiff,                      )   (SDFL No. CR18-60158)
                                            )
10   v.                                     )
                                            )   DETENTION ORDER
11   PETER VINCENT CRUZ,                    )
                                            )
12          Defendant.                      )
     _____)
13

14   <u>Offense charged</u>:        Conspiracy to Commit Money Laundering; Money Laundering

15   <u>Date of Detention Hearing</u>:    July 2, 2018.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18   that no condition or combination of conditions which defendant can meet will reasonably assure

19   the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          1.       Defendant was is charged in the Southern District of Florida with Conspiracy to

22   Commit Money Laundering and Money Laundering.  The AUSA describes the charges as

DETENTION ORDER
PAGE -1

01 alleging that defendant is a member of a complex transnational cybercrime conspiracy utilizing

02 various sophisticated techniques including the use of crypto-currency. As an alleged co-

03 conspirator, defendant is alleged to have been in direct contact with at least one victim of the

04 scheme, allegedly involving numerous examples of involvement in dark web traffic. The AUSA

05 argues that, as a result, defendant may possess vast sums of crypto-currency that could aid

06 defendant's flight from prosecution.

07     2.     Defendant's request release address would be to live with his father in Alaska.

08 The Court notes that defendant's criminal record does contain failures to appear in

09 misdemeanor proceedings including Driving While License Suspended with resultant bench

10 warrant activity, and one failure to appear to serve a sentence imposed for violation of

11 probation.

12     3.     Defendant poses a risk of nonappearance based on the nature and circumstances

13 of the alleged offense, as well as criminal record and lack of ties to the charging District.

14 Defendant poses a risk of financial danger based on the nature and circumstances of the offense.

15     4.     There does not appear to be any condition or combination of conditions that will

16 reasonably assure the defendant's appearance at future Court hearings while addressing the

17 danger to other persons or the community. The Court notes, however, that defendant may wish

18 to renew his request for release on conditions at the time of his appearance in the charging

19 District.

20 It is therefore ORDERED:

21 1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

22     General for confinement in a correction facility separate, to the extent practicable, from

01   persons awaiting or serving sentences or being held in custody pending appeal;

02   2.   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

03   3.   On order of the United States or on request of an attorney for the Government, the person

04        in charge of the corrections facility in which defendant is confined shall deliver the

05        defendant to a United States Marshal for the purpose of an appearance in connection with a

06        court proceeding; and

07   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

08        the defendant, to the United States Marshal, and to the United State Probation Services

09        Officer.

10        DATED this 2nd day of July, 2018.

12   _____
     Mary Alice Theiler
13   United States Magistrate Judge